**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
 (856) 795-2181
*Attorneys for Plaintiffs*
By:   Mark E. Belland, Esquire
      Donna Lee Vitale, Esquire

| | |
|---|---|
| **INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, VACATION, and FINISHING TRADES INSTITUTE FUNDS and HARRY J. HARCHETTS,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**VILLAGE GLASS, INC.**<br><br>*Defendants.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 11cv01023 JLL CCC<br><br>**REQUEST TO ENTER DEFAULT** |

TO:   Clerk, United States District Court
      Martin Luther King Bldg. & U.S. Courthouse
      50 Walnut Street, Room 4015
      Newark, NJ  07101

   PLEASE enter default against Defendant, Village Glass, Inc., for failure to appear, plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the Affidavit of Donna Lee Vitale, Esquire attached hereto.

        Respectfully submitted.

        **O'BRIEN, BELLAND & BUSHINSKY, LLC**
        Attorneys for Plaintiffs

          S/Donna Lee Vitale
        _____
        Donna Lee Vitale, Esquire

Dated:  January 24, 2012